ment's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Gregorio GRIMALDO–RESENDIZ, also known as Gregorio Grimaldo–Resendez, also known as Gregorio Resendez Grimaldo, also known as Gregorio Grimaldo, Defendant–Appellant.

No. 05–51283.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided April 12, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Lucien B Campbell, Federal, Public Defender, Judy Fulmer Madewell, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

Case, Gregorio Grimaldo–Resendiz raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that a prior conviction is a sentencing factor under 8 U.S.C. § 1326(b)(2) and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

---

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.